# United States District Court
# For The Western District of North Carolina
# Statesville Division

FILED
STATESVILLE, N.C.

JUL 2 0 2006

U.S. DISTRICT COURT
W. DIST. OF NC

GREGORY LYNN FULBRIGHT
AND KAREN FULBRIGHT,

        Plaintiff(s),

vs.

THE LANE FURNITURE INDUSTRIES,
INC. HEALTH CARE PLAN AND ROGER
A. BLAND, PLAN ADMINISTRATOR,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:04CV173

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2006, Order.

July 20, 2006

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk